UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIE E. COLEMAN,

              Petitioner,

   v.

KENNETH QUINN, *et al*,

              Respondents.

Case No.  C06-5076RBL-KLS

ORDER DISMISSING PETITION

The Court, having reviewed the petition for *habeas corpus*, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1)    the Court adopts the Report and Recommendation;

(2)    petitioner's federal *habeas corpus* petition is DISMISSED; and

(3)    the Clerk is directed to send copies of this Order to petitioner and to Judge Strombom.

DATED this 8th day of November, 2006.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE